# Exhibit K

# CRAVATH, SWAINE & MOORE LLP

STUART W. GOLD
JOHN W. WHITE
EVAN R. CHESLER
MICHAEL L. SCHLER
RICHARD LEVIN
KRIS F. HEINZELMAN
B. ROBBINS KIESSLING
ROGER D. TURNER
PHILIP A. GELSTON
RORY O. MILLSON
RICHARD W. CLARY
WILLIAM P. ROGERS, JR.
JAMES D. COOPER
STEPHEN L. GORDON
DANIEL L. MOSLEY
PETER S. WILSON
JAMES C. VARDELL, III
ROBERT H. BARON
KEVIN J. GREHAN
STEPHEN S. MADSEN
C. ALLEN PARKER
MARC S. ROSENBERG
SUSAN WEBSTER
DAVID MERCADO

ROWAN D. WILSON
CHRISTINE A. VARNEY
PETER T. BARBUR
SANDRA C. GOLDSTEIN
THOMAS G. RAFFERTY
MICHAEL S. GOLDMAN
RICHARD HALL
JULIE A. NORTH
ANDREW W. NEEDHAM
STEPHEN L. BURNS
KEITH R. HUMMEL
DANIEL SLIFKIN
ROBERT I. TOWNSEND, III
WILLIAM J. WHELAN, III
SCOTT A. BARSHAY
PHILIP J. BOECKMAN
ROGER G. BROOKS
WILLIAM V. FOGG
FAIZA J. SAEED
RICHARD J. STARK
THOMAS E. DUNN
MARK I. GREENE
SARKIS JEBEJIAN
DAVID R. MARRIOTT

WORLDWIDE PLAZA
825 EIGHTH AVENUE
NEW YORK, NY 10019-7475

TELEPHONE: (212) 474-1000
FACSIMILE: (212) 474-3700

CITYPOINT
ONE ROPEMAKER STREET
LONDON EC2Y 9HR
TELEPHONE: 44-20-7453-1000
FACSIMILE: 44-20-7860-1150

WRITER'S DIRECT DIAL NUMBER

(212) 474-1752

MICHAEL A. PASKIN
ANDREW J. PITTS
MICHAEL T. REYNOLDS
ANTONY L. RYAN
GEORGE E. ZOBITZ
GEORGE A. STEPHANAKIS
DARIN P. MCATEE
GARY A. BORNSTEIN
TIMOTHY G. CAMERON
KARIN A. DEMASI
LIZABETHANN R. EISEN
DAVID S. FINKELSTEIN
DAVID GREENWALD
RACHEL G. SKAISTIS
PAUL H. ZUMBRO
JOEL F. HEROLD
ERIC W. HILFERS
GEORGE F. SCHOEN
ERIK R. TAVZEL
CRAIG F. ARCELLA
TEENA-ANN V. SANKOORIKAL
ANDREW R. THOMPSON
DAMIEN R. ZOUBEK
LAUREN ANGELILLI

TATIANA LAPUSHCHIK
ERIC L. SCHIELE
ALYSSA K. CAPLES
JENNIFER S. CONWAY
MINH VAN NGO
KEVIN J. ORSINI
MATTHEW MORREALE
J. WESLEY EARNHARDT
YONATAN EVEN
BENJAMIN GRUENSTEIN
JOSEPH D. ZAVAGLIA

SPECIAL COUNSEL
SAMUEL C. BUTLER
GEORGE J. GILLESPIE, III

OF COUNSEL
PAUL C. SAUNDERS

January 12, 2012

Dear Mr. Del Gaizo:

   I write in response to your November 15, 2011 letter to the Alcoa Board of Directors. As I assume you are aware, your colleague, Mr. Arroyo and I corresponded with respect to your client's demand in 2008. I attach that correspondence for your convenience. As indicated below, and contrary to what you apparently presume, given the state of the government's investigation and the investigation of the Special Committee, Alcoa's Board of Directors does not believe it is in Alcoa's best interest to commence yet another investigation or initiate legal proceedings in connection with allegations made by Aluminium Bahrain B.S.C. ("Alba") in the complaint Alba filed in February 2008 at this time.

   As I advised Mr. Arroyo in 2008, the government commenced an investigation into the allegations made by Alba shortly after Alba filed its complaint. Thereafter, the Board established a Special Committee (which retained counsel) to conduct an independent investigation. Both investigations are still ongoing. The Board, thus, has not changed its determination that it is not in Alcoa's best interest to commence another investigation or initiate litigation in connection with the Alba allegations. The Board will reassess this decision, as appropriate, when the investigations have been completed.

   Your mistaken impression regarding a change in Alcoa's position seems to be caused by a misunderstanding about what occurred in the litigation in front of Judge Ambrose on November 3. During that conference, Alcoa asked the Court to reopen the proceedings for the limited purposes of requiring Alba to file a RICO case statement and permitting Alcoa to move to dismiss Alba's complaint. Judge Ambrose granted Alcoa's request and ordered Alba to file an amended complaint. This does not, as you suggest, indicate that "Alcoa is willing to litigate the matters concerning the Alba allegations". Nor does it change the Board's decision with respect to your client's demand.

Feel free to give me a call if you have any questions.

Sincerely,

*[signature]*

Julie A. North

Gregory E. Del Gaizo, Esq.
Robbins Umeda LLP
600 B Street, Suite 1900
San Diego, CA 92101

BY FAX

# CRAVATH, SWAINE & MOORE LLP

WORLDWIDE PLAZA
825 EIGHTH AVENUE
NEW YORK, NY 10019-7475

TELEPHONE: (212) 474-1000
FACSIMILE: (212) 474-3700

CITYPOINT
ONE ROPEMAKER STREET
LONDON EC2Y 9HR
TELEPHONE: 44-20-7453-1000
FACSIMILE: 44-20-7860-1150

WRITER'S DIRECT DIAL NUMBER

(212) 474-1752

March 31, 2008

Dear Mr. Arroyo:

   I write in response to the March 24, 2008 demand letter sent to the Alcoa Board of Directors by you on behalf of your client, Catherine Robery. Please be advised that the Board is aware of your letter and will consider it at its next regularly scheduled meeting.

   In the meantime, with respect to your client's request to inspect "certain of the company's books and records" pursuant to 15 Pa. C.S.A. §1508(b), please be advised that the request is outside the bounds of that which is contemplated by the statute. Ms. Robery's request is for all intents and purposes a discovery document request of the type one expects to see once litigation has commenced. Indeed, it would appear that you may have cut and pasted the definitions and instructions from discovery served in a case in California, given that paragraph 4 of the Definitions and Instructions purports to set forth the definition of "evidence" under the California Evidence Code. In any event, Section 1508(b) does not afford an end-run around the rules of discovery.

   In this connection you should be advised that the Department of Justice has sought a stay of discovery in the proceedings commenced by Alba in the Federal District Court in the Western District of Pennsylvania on the basis that active civil discovery would hinder its own investigation. The Court has granted the government's request and has issued an order staying discovery in the proceedings. In our view, providing the documents you seek in your letter would be inconsistent with that Order.

Feel free to give me a call if you have any questions.

Sincerely,

Julie A. North

Felipe J. Arroyo, Esq.
Robbins Umeda & Fink, LLP
610 West Ash Street, Suite 1800
San Diego, CA 92101

VIA FAX

87B

# CRAVATH, SWAINE & MOORE LLP

WORLDWIDE PLAZA
825 EIGHTH AVENUE
NEW YORK, NY 10019-7475

TELEPHONE: (212) 474-1000
FACSIMILE: (212) 474-3700

CITYPOINT
ONE ROPEMAKER STREET
LONDON EC2Y 9HR
TELEPHONE: 44-20-7453-1000
FACSIMILE: 44-20-7860-1150

WRITER'S DIRECT DIAL NUMBER

(212) 474-1752

May 19, 2008

Dear Mr. Arroyo:

    This will follow up on my letter to you of March 31, 2008, acknowledging receipt of your letter dated March 21, 2008, addressed to the Board of Directors of Alcoa, in which you requested on behalf of shareholder Catherine Rubery that the Board "commence legal proceedings" to remedy "breaches of fiduciary duty, . . . waste of corporate assets and . . . unjust enrichment" that you claim arose out of an alleged bribery scheme in connection with the sale of alumina by Alcoa to Aluminium Bahrain B.S.C. ("Alba").

    As you know, the Department of Justice ("DOJ") is currently conducting an investigation into the allegations in the complaint filed by Alba (the "Alba allegations") upon which the allegations in your letter appear to be based. I also want to advise you that the Board of Directors has appointed a Special Committee, comprised of independent Alcoa directors Franklin Thomas and Henry Schacht, which has retained Baker & McKenzie, to investigate the Alba allegations. Baker & McKenzie is coordinating its investigation with the DOJ's investigation.

    In light of the above, the Board has determined that it is not in the best interests of Alcoa to commence another investigation into the Alba allegations at this time. For the same reason, the Board has likewise determined that it is not in the best interests of Alcoa to commence legal proceedings at this time. The Board will reassess this decision, as appropriate, when the DOJ and Baker & McKenzie investigations have been completed.

2

Feel free to give me a call if you have any questions.

Sincerely,

Julie A. North

Felipe J. Arroyo, Esq.
Robbins Umeda & Fink, LLP
610 West Ash Street, Suite 1800
San Diego, CA 92101

**BY FAX**

87B