# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

RUBERY, Plaintiff,

vs.

KLEINFELD, et al., Defendants

CIVIL No. 12-844

TYPE OF CONFERENCE: Telephone Conf.

Before Judge Ambrose

FELIPE ARROYO
SHANE SANDERS
Appear for Plaintiff

ANDREW STANTON
JULIE NORTH, NICOLE PELES
ASHLEY BAILEY (Δ RICE)
Appear for Defendant

Hearing begun: 10/22/14 - 9:55 AM
Hearing adjourned to: _____

Hearing concluded: 10/22/14 - 10:13 AM   Clerk: Sherry Halfhill / Heidi Grogan
Anne Kurzweg / Susan Schupansky

- Proposed Settlement and Notice to Stockholders discussed.
- Settlement Hearing set for 1/20/15 @ 1pm